ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA REYNOSO,<br><br>    Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:26-cv-00001-WBS-SCR<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will direct that this case be assigned to a new Administrative Law Judge who will be instructed to obtain medical expert evidence from a cardiologist; further consider the severity of the cardiac impairment; offer the opportunity for a

STIPULATION TO REMAND

new hearing; take any further action needed to complete the administrative record; and to issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: May 18, 2026            /s/ *Paul Sachelari* 
                               (*as authorized via e-mail on May 18, 2026)
                               PAUL SACHELARI
                               Attorney for Plaintiff


Dated: May 18, 2026            ERIC GRANT
                               United States Attorney
                               MATHEW W. PILE
                               Head of Program Litigation 1
                               Social Security Administration

                        By:    /s/ *Erin Jurrens* 
                               ERIN JURRENS
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

STIPULATION TO REMAND

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  May 18, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE